# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MICHAEL J. WALTERS; MICHAEL J. WALTERS AND ROSEANNE WALTERS, HUSBAND AND WIFE; MARK H. ATTIX; FREDERICK JOHN BARTEK; CHARLES W. BUTTZ AND TERESA C. BUTTZ, HUSBAND AND WIFE; JOELLEN CHADWICK; MARY ELLEN CHRISTMAN; BRIAN COLFER AND ALICIA COLFER, HUSBAND AND WIFE; DAVID T. COUNCILOR AND DEBRA A. COUNCILOR F/K/A DEBRA LITCHULT, HUSBAND AND WIFE; DAVID T. COUNCILOR, ADMINISTRATOR OF THE ESTATE OF THEODORE G. COUNCILOR; MARY ALCHERMES-DILGER, JOSEPH D. ALCHERMES, AND CHRISTOPHER B. ALCHERMES; MARK E. ELVIN AND SHAUNA D. ELVIN, HUSBAND AND WIFE; SUSAN E. ESTERHAY AND LINDA M. SMITH; MAX H. FELDMAN AND KELEE A. MONAHAN-FELDMAN, HUSBAND AND WIFE; LEO J. FINNEGAN; RICHARD E. JOHN AND MARILYN P. JOHN, HUSBAND AND WIFE; MARILYNN ANN JOHNSON; HOWARD A. KELLNER AND DONNA M. KELLNER, HUSBAND AND WIFE; DOUGLAS D. KELLY; RUSSELL R. KICE; JOHN O. KLINGER AND BRENDA KLINGER, HUSBAND AND WIFE; MOUNTAIN HOME ENTERPRISES LLC; ERIK PETERSON AND GILLIAN PETERSON, HUSBAND AND WIFE; CLARKE REID AND JOANNE REID, HUSBAND AND WIFE; PATRICIA A. RUSSO; EDWARD M. SATTERTHWAITE; JACOB E. SEIP AND PHYLLIS A. SEIP, HUSBAND AND WIFE; THOMAS D. SHORE; LESLIE D. SOPKO; STAGS LEAP PROPERTIES LLC; ELAINE J. VULA; WILLIAM C. WOLFE,

Petitioners

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 252 MAL 2020

Petition for Allowance of Appeal from the Order of the Commonwealth Court

　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　v.　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
BUCK HILL FALLS COMPANY;  LOT AND　 :
COTTAGE OWNERS' ASSOCIATION OF　　　:
BUCK HILL FALLS,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　Respondents　　　　　　 :

## <u>ORDER</u>

**PER CURIAM**

　　　**AND NOW**, this 29th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.